IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 97–cv–01068–EWN

FLOYD DAVID SLUSHER,

    Petitioner,

v.

ROBERT FURLONG, Warden, and
THE ATTORNEY GENERAL OF COLORADO,

    Respondents.

---

**ORDER GRANTING MOTION TO RE-OPEN ADMINISTRATIVELY CLOSED CASE**

---

This matter comes before the court on the "Motion to Reopen Action for Good Cause" filed by Petitioner appearing *pro se* on December 29, 2004 and the "Unopposed, Renewed Motion to Reopen Administratively Closed Case" filed by Petitioner through counsel on June 30, 2005. There being no opposition to the motions and for good cause shown, it is hereby

**ORDERED** that the motions to reopen (## 57, 59) are GRANTED, and this case is hereby REOPENED and restored to the active docket.

Dated this  1  day of July, 2005.

BY THE COURT:

  s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge