IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 97–cv–01068–EWN

FLOYD DAVID SLUSHER,

     Petitioner,

v.

ROBERT FURLONG, Warden, and
THE ATTORNEY GENERAL OF COLORADO,

     Respondents.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw Michael Katz as Counsel of Record" (Document 71) filed November 8, 2005, is GRANTED.

Dated: November 9, 2005