IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-01068-EWN

FLOYD DAVID SLUSHER

    Applicant,

v.

ROBERT FURLONG, Warden and
THE ATTORNEY GENERAL OF COLORADO,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 15th of December, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO